NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
JEROME F. BIRN, JR., State Bar No. 128561
Email: jbirn@wsgr.com
JONI OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
NICHOLAS R. MILLER, State Bar No. 274243
Email: nmiller@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendants Intrexon Corporation,
Randal J. Kirk, and Rick L. Sterling*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK M. and DEBORAH P. GIBRALL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTREXON CORPORATION, RANDAL J. KIRK, and RICK L. STERLING,<br><br>Defendants. | CASE NO.: 3:16-cv-02457-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |

WHEREAS, on May 5, 2016, Plaintiffs Patrick M. and Deborah P. Gibrall, individually and on behalf of all others similarly situated, filed a Class Action Complaint for Violations of the Federal Securities Laws ("Complaint") against Intrexon Corporation ("Intrexon") and certain of its current executives, Randal J. Kirk and Rick L. Sterling (collectively, "Defendants");

WHEREAS, on May 3, 2016, a substantively similar complaint with the caption *Ryan Hoffman v. Intrexon Corp. et al.* (Case No. 3:16-cv-02398-RS) (the "*Hoffman* Action") was filed with the Court;

WHEREAS, Defendants signed and returned waivers of service and Defendants' initial response to the Complaint is currently due on July 11, 2016;

WHEREAS, this action is governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4 *et seq.*, and the parties anticipate that the Court will consolidate the *Gibrall* and *Hoffman* actions and will appoint a lead plaintiff, and that the court-appointed lead plaintiff will file a consolidated complaint superseding previously filed complaints, including the Complaint; and

WHEREAS, the parties agree that efficiency for the courts and the parties in proceeding under the PSLRA dictates that responding to any complaint should be deferred in light of the foregoing.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that:

1. Defendants shall not be required to, and shall not waive any rights, arguments, or defenses by waiting to answer, move, or otherwise respond to the Complaint in this action.

2. After the appointment of a lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B), lead plaintiff and Defendants shall promptly meet and confer regarding a schedule for the filing of a consolidated complaint or designation of an operative complaint, and a briefing schedule for Defendants' anticipated motion(s) to dismiss. The parties shall submit a joint stipulation with a proposed schedule no later than ten (10) business days following the appointment of lead plaintiff.

3. This Stipulation is entered into without prejudice to any party seeking any interim relief.

4. Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

IT IS SO STIPULATED.

DATED: June 29, 2016                WILSON SONSINI GOODRICH & ROSATI
                                    PROFESSIONAL CORPORATION


                                    /s/        *Joni Ostler*
                                            JONI OSTLER

                                    650 Page Mill Road
                                    Palo Alto, CA  94304
                                    Telephone (650) 493-9300
                                    Facsimile: (650) 565-5100
                                    Email: nlocker@wsgr.com
                                           jbirn@wsgr.com
                                           jostler@wsgr.com
                                           nmiller@wsgr.com


                                    *Attorneys for Defendants Intrexon Corporation,*
                                    *Randal J. Kirk, and Rick L. Sterling*


DATED: June 29, 2016                POMERANTZ LLP


                                    /s/        *Jennifer Pafiti*
                                            JENNIFER PAFITI

                                    468 North Camden Drive
                                    Beverly Hills, CA 90210
                                    Telephone: (818) 532-6499
                                    Email: jpafiti@pomlaw.com

                                    POMERANTZ LLP
                                    Jeremy A. Lieberman
                                    J. Alexander Hood II
                                    600 Third Avenue, 20th Floor
                                    New York, New York 10016
                                    Telephone: (212) 661-1100
                                    Facsimile (212) 661-8665
                                    Email: jalieberman@pomlaw.com
                                    Email: ahood@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

BRONSTEIN, GEWIRTZ & GROSSMAN
Peretz Bronstein, Esq.
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Attorneys for Plaintiffs*

# [~~PROPOSED~~] ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that:

1. Defendants shall not be required to, and shall not waive any rights, arguments, or defenses by waiting to answer, move, or otherwise respond to the Complaint in this action.

2. After the appointment of a lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B), lead plaintiff and Defendants shall promptly meet and confer regarding a schedule for the filing of a consolidated complaint or designation of an operative complaint, and a briefing schedule for Defendants' anticipated motion(s) to dismiss. The parties shall submit a joint stipulation with a proposed schedule no later than ten (10) business days following the appointment of lead plaintiff.

3. This Order is entered into without prejudice to any party seeking any interim relief.

4. Nothing in this Order shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

**IT IS SO ORDERED.**

DATED:  6/29/16

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE