Lionel Z. Glancy (SBN 134180)
Robert V. Prongay (SBN 270796)
Casey E. Sadler (SBN 274241)
Lesley F. Portnoy (SBN 304851)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

*Proposed Lead Counsel for Movant and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN HOFFMAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTREXON CORPORATION, RANDAL J. KIRK, and RICK L. STERLING,<br><br>Defendants. | Case No. 3:16-cv-02398-RS<br><br>[PROPOSED] ORDER CONSOLIDATING THE RELATED CASES, APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL AS MODIFIED BY COURT<br><br>**CLASS ACTION**<br><br>JUDGE:   Hon. Richard Seeborg<br>DATE:    August 11, 2016<br>TIME:    1:30 P.M.<br>CTRM:   3 – 17th Floor |
| PATRICK M. and DEBORAH P. GIBRALL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTREXON CORPORATION, RANDAL J. KIRK, and RICK L. STERLING,<br><br>Defendants. | Case No. 3:16-cv-02457-RS |

Having considered Joe Seppen's motion for consolidation of the related cases, appointment as lead plaintiff, and approval of his selection of counsel (the "Motion"), Dkt. No. 27, the statements of non-opposition to that motion, Dkt Nos. 32, 34, and the good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

    1)    The Motion is GRANTED;

    2)    The above-captioned actions are CONSOLIDATED pursuant to Federal Rule of Civil Procedure 42(a) as *In re Intrexon Corporation Securities Litigation*, Master File No. 3:16-cv-02398-RS;

    3)    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Joe Seppen as Lead Plaintiff;

    4)    Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Glancy Prongay & Murray LLP is approved as Lead Counsel for the class; and

    5)    The motions set for August 11, 2016, *see* Dkt. Nos. 19, 23, 27, are suitable for disposition without oral argument, and the hearing will be vacated. Civ. Local Rule 7-1(b).

**SO ORDERED.**

Dated: _____July 25_____, 2016

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER CONSOLIDATING THE RELATED CASES, APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL AS MODIFIED BY COURT
Case No. 3:16-cv-02398-RS